UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MATTHEW TILLMAN,

        Plaintiff,                       Case No. 1:15-cv-459

v.                                         Honorable Paul L. Maloney

MEIJER STORE et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated: July 13, 2015              /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge